No. 83–864. WHITTEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–886. STATE BOARD OF EQUALIZATION OF GEORGIA ET AL. v. SOUTHERN RAILWAY CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–933. GRAY v. BELL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–937. MONTEMAYOR DE LA PAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–942. RIPLEY COUNTY AREA PLAN COMMISSION v. ROUSE ET AL. Sup. Ct. Ind. Certiorari denied.

No. 83–956. BERRYMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–972. RAILWAY LABOR EXECUTIVES' ASSN. v. OGILVIE, TRUSTEE OF THE CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO., ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–973. AMERICAN POSTAL WORKERS UNION, AFL–CIO v. UNITED STATES POSTAL SERVICE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–978. SAMUEL MOORE & CO. ET AL. v. MULTIFLEX, INC.; and
No. 83–1141. MULTIFLEX, INC. v. SAMUEL MOORE & CO. ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 709 F. 2d 980.

No. 83–986. GRAND JEWELS, INC. v. MONTRES ROLEX, S. A., ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–994. MOLLNOW v. CARLTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1010. BROWN & WILLIAMSON TOBACCO CORP. v. FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari denied.